Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __7__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Akin Mears LLP** |
| **2. All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as names* | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 2 7 – 1 5 5 5 3 7 2 |

**4. Debtor's address**

**Principal place of business**

5373 W Alabama St Ste 580
Number        Street

Houston, TX 77056-5930
City                                State     ZIP Code

Harris
County

**Mailing address, if different from principal place of business**

Number        Street

City                                State     ZIP Code

**Location of principal assets, if different from principal place of business**

Number        Street

City                                State     ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Akin Mears LLP**
_____       Case number *(if known)* _____
　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　 http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No |
| | ☐ Yes.  District _____  When _____  Case number _____ |
| | 　　　　　　　　　　　　　　　　　　 MM / DD / YYYY |
| | 　　　District _____  When _____  Case number _____ |
| | 　　　　　　　　　　　　　　　　　　 MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No |
| | ☐ Yes.  Debtor _____  Relationship _____ |
| | 　　　District _____  When _____ |
| | 　　　　　　　　　　　　　　　　　 MM / DD / YYYY |
| | 　　　Case number, if known _____ |

| Debtor | **Akin Mears LLP** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | | |
|---|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No | |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. | |
| | **Why does the property need immediate attention?** *(Check all that apply.)* | |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. | |
| | What is the hazard? _____ | |
| | ☐ It needs to be physically secured or protected from the weather. | |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). | |
| | ☐ Other _____ | |
| | **Where is the property?** _____ | |
| | Number        Street | |
| | _____ | |
| | _____ | |
| | City                                      State    ZIP Code | |
| | **Is the property insured?** | |
| | ☐ No | |
| | ☐ Yes.   Insurance agency _____ | |
| | Contact name _____ | |
| | Phone _____ | |

---

| **Statistical and administrative information** |
|---|

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* | |
| | ☐ Funds will be available for distribution to unsecured creditors. | |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    **Akin Mears LLP**
Name                                                    Case number *(if known)*

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☑ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM/ DD/ YYYY

**X** /s/Truett Akin                                    **Truett Akin**
Signature of authorized representative of debtor        Printed name

Title                  **Partner**

**18. Signature of attorney**

**X** /s/ Richard Fuqua                          Date **01/23/2025**
Signature of attorney for debtor                       MM/ DD/ YYYY

Richard L Fuqua
Printed name

**Fuqua & Associates, P.C.**
Firm name

**8558 Katy Fwy Suite 119**
Number          Street

**Houston**                              **TX**      **77024**
City                                    State    ZIP Code

_____          _____
Contact phone                            Email address

_____          _____
Bar number                               State

**Fill in this information to identify the case:**

Debtor name         **Akin Mears LLP**

United States Bankruptcy Court for the:

        **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address**<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |
| **2.2** **Priority creditor's name and mailing address**<br><br>_____<br><br>_____<br><br>_____<br><br>**Date or dates debt was incurred**<br><br>_____<br><br>**Last 4 digits of account number** __ __ __ __<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

| Debtor | Akin Mears LLP | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Armadillo Financial Partners

2107 Wilson Blvd 410

Arlington, VA 22201

Date or dates debt was incurred   8/11/2017

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.2** Nonpriority creditor's name and mailing address

Armadillo Litigation Funding

2925 Richmond Ave 1750

Houston, TX 77098

Date or dates debt was incurred   8/11/2017

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.3** Nonpriority creditor's name and mailing address

Burford Capital LLC

609 W Randolf Street

Chicago, IL 60661

Date or dates debt was incurred   8/11/2017

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.4** Nonpriority creditor's name and mailing address

EJF Capital LLC

2107 Wilson Blvd 410

Arlington, VA 22201

Date or dates debt was incurred   8/11/2017

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

Debtor     **Akin Mears LLP**
_____          Case number *(if known)* _____
          Name

| Part 2: | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Rocade Capital**
_____

**1812 N Moore St 1701**
_____

**Arlington, VA 22209**
_____

Date or dates debt was incurred     **8/11/2017**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$86,000,000.00**

---

**3.6** Nonpriority creditor's name and mailing address

**Rocade Holdings LLC**
_____

_____

_____

Date or dates debt was incurred     **8/11/2017**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.7** Nonpriority creditor's name and mailing address

**Rocade LLC**
_____

_____

_____

Date or dates debt was incurred     **8/11/2017**

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**unknown**

---

**3.8** Nonpriority creditor's name and mailing address

**Virage SPV 1 LLC**
_____

**1700 Post Oak Blvd**
_____

**2 Blvd Place 300**
_____

**Houston, TX 77056**
_____

Date or dates debt was incurred     **8/11/2017**

Last 4 digits of account number     **1   0   8   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$116,357,893.06**

---

Debtor   **Akin Mears LLP**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$202,357,893.06** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$202,357,893.06** |